# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

EVELYN JAMES MCCALL

Debtor(s)

Case No. 23-30123
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on January 20, 2023.

2. The debtor(s) §341 Meeting of Creditors was held March 06, 2023.

3. The debtor(s) overall pay record is 73%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) Debtor was to provide the 2021 tax return.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this April 13, 2023.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Jessica P. Trotman*

Jessica P. Trotman
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: trotmanj@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this April 13, 2023.

                                                  By: /s/*Jessica P. Trotman*
                                                        Jessica P. Trotman
                                                        Staff Attorney

Copy to:   EVELYN JAMES MCCALL
                3032 SOUTHMALL CIR APT E
                MONTGOMERY, AL  36116

                STEPHEN L KLIMJACK (via electronic filing)